IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DION C. LAKE,

                 Petitioner,                 JUDGMENT IN A CIVIL CASE

      v.                                       Case No. 10-cv-132-bbc

UNITED STATES OF AMERICA,

                 Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner Dion C. Lake's motion for postconviction relief under 28 U.S.C. § 2255 is DENIED.


_____             _5/18/10_____
Peter Oppeneer, Clerk of Court                          Date